

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Quran Bryant, Stephen A. Barfield, and
Grace Everett, Appellants

No. 06-14-00007-CV      v.

Dennis J. Cady, Ind. and as Trustee of the
Dennis J. Cady Living Trust d/b/a Cady
Enterprises, Appellee

Appeal from the 30th District Court of
Wichita County, Texas (Tr. Ct. No.
178,120-A). Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Dennis J. Cady, Ind. and as Trustee of the Dennis J. Cady Living Trust d/b/a Cady Enterprises, pay all costs of this appeal.

RENDERED SEPTEMBER 18, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk